# Korde & Associates, P.C.
Attorneys at Law

707 Sable Oaks Dr., Suite 250
South Portland, Maine 04106
Tel: (207) 775-6223 • Fax: (207) 775-6995

**Serving the States of:**

- Connecticut
- Maine
- Massachusetts
- New Hampshire
- Rhode Island
- Vermont

January 22, 2025

Miao Dan Chen
447 S Main Street
Solon, ME 04979

CERTIFIED MAIL, RETURN
RECEIPT REQUESTED AND
FIRST CLASS MAIL, POSTAGE
PRE-PAID

Notice of Right to Cure
14 M.R.S. §6111

Re:   $175,000.00 Promissory Note and Mortgage dated July 29, 2021
447 S Main Street, Solon, ME 04979
Our File No:

Dear Sir/Madam:

This office represents Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for Verus Securitization Trust 2022-2 ("Holder"), the current holder of the following loan documents: (i) Promissory Note dated July 29, 2021 between Money Tree Capital Markets LLC as lender and Miao Dan Chen as borrower in the original principal amount of $175,000.00 (the "Note"), and (ii) Mortgage securing repayment of the Note given by Miao Dan Chen to Money Tree Capital Markets LLC dated July 29, 2021 and recorded in the Somerset County Registry of Deeds in Book 5750, Page 63 (the "Mortgage"). The Note and Mortgage are serviced by NewRez LLC, d/b/a Shellpoint Mortgage Servicing ("Servicer") which is authorized to act and accept payments on behalf of the Holder. The Note and Mortgage are collectively referred to herein as the "Loan Documents."

Please be advised that you are in default of the terms of the Loan Documents. The reason for your default is the failure to make payments of principal and interest when due.

The following amounts are due:

| | |
|---|---:|
| 2 Payments of $1,272.30 | $2,544.60 |
| 9/1/2024 - 10/1/2024 | |
| 3 Payments of $1,542.55 | $4,627.65 |
| 11/1/2024 - 1/1/2025 | |
| Late Charges | $48.73 |
| Inspection Fees | $90.00 |
| Escrow Advance | $97.04 |
| Attorney's Fees | $860.00 |
| Attorney's Costs | $99.00 |

Hours of Operation: 8:30am – 5:30pm, EST Monday thru Friday
www.LOGS.com/korde


EXHIBIT E
Page 1 of 3

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

| | |
|---|---:|
| Title Costs | $402.35 |
| Filing Costs | $405.00 |
| Certified Mail Costs | $48.24 |
| | _____ |
| TOTAL AMOUNT DUE TO CURE THE DEFAULT | $9,222.61 |

The total amount due to cure the default does not include any amounts that become due after the date of this notice.

You have the right to cure this default by making full payment of all amounts that are due as set forth above within 35 days from the date this notice is given.  If payment is not made, all sums due under the Loan Documents may be declared accelerated and immediately payable in full without further demand, and the mortgage holder or another person or entity may acquire the subject property by means of foreclosure and sale. If you meet the conditions stated in the Mortgage, you will have the right to have the enforcement of the Mortgage discontinued and to have the Note and Mortgage remain fully effective as if immediate payment in full had never been required.

Said funds must be in the form of a **bank or certified check** made payable to **NewRez LLC, d/b/a Shellpoint Mortgage Servicing** and delivered to Korde & Associates, P.C., 707 Sable Oaks Dr., Suite 250, South Portland, ME 04106.

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Loan Documents and to assert the nonexistence of a default or any other defense to acceleration and foreclosure.  Where Court supervised mediation is available, you may request mediation to explore options for avoiding foreclosure judgment. If the Loan Documents so provide, you may also have the right to reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the Loan Documents; 3) pay all of lender's reasonable expenses in enforcing the Loan Documents including, for example, reasonable attorney's fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the Loan Documents, and your obligations under the Loan Documents remain unchanged.

You may have options other than foreclosure.  You may discuss available options with the Holder or Servicer or a counselor approved by the United States Department of Housing and Urban Development ("HUD"), and you are encouraged to explore available options prior to the end of your right-to-cure period. If you are in need of financial advice, you may contact a HUD approved housing counseling agency.  These agencies provide experienced home ownership counseling at no charge to you. For more information regarding the agencies in your area, call 1-800-569-4287. We have also attached a list including the name, address, telephone number and other contact information for all counseling agencies approved by HUD to assist Maine consumers.

If you wish to modify the terms of the loan, you may discuss whether this option is available by contacting:

      NewRez LLC, d/b/a Shellpoint Mortgage Servicing
      601 Office Center Drive
      Suite 100
      Fort Washington, PA 19034
      866-825-2174
      lossmitigation@shellpointmtg.com

      If you have been previously discharged from personal liability for the obligations secured by the mortgage as a result of a bankruptcy proceeding, this letter is given to you not for the purpose of demanding payment, but to advise you of the consequences of non-payment, specifically the foreclosure of the mortgage.

      If you have any questions concerning the above, please contact us at the above address.

                                  Sincerely,

                              **KORDE & ASSOCIATES, P.C.**

Your Search Results



| AGENCY INFORMATION | COUNSELING SERVICES | LANGUAGES |
|---|---|---|
| **AVESTA HOUSING DEVELOPMENT CORPORATION**<br>Address: 307 Cumberland Avenue, PORTLAND, Maine, 04101-4920<br>Phone: (207) 553-7777 Ext: 3347<br>Email: info@avestahousing.org<br>Website: https://www.avestahousing.org/<br>Agency ID: 81144<br>Counseling Method: Group Counseling, Internet Counseling,<br>Phone Counseling, Video Conference,<br>Face to Face Counseling, | Mortgage Delinquency and Default Resolution Counseling<br>Pre-Purchase Counseling<br>Pre-Purchase Homebuyer Education Workshops<br>Financial Management/Budget Counseling<br>Rental Housing Counseling<br>Rental Housing Workshops<br>Non-Delinquency Post Purchase Workshops | English |
| **COASTAL ENTERPRISES, INCORPORATED**<br>Address: 30 Federal Street, BRUNSWICK, Maine, 04011-1510<br>Phone: (207) 504-5900<br>Email: jason.thomas@ceimaine.org<br>Website: http://www.ceimaine.org<br>Agency ID: 80985<br>Counseling Method: Internet Counseling, Phone Counseling,<br>Face to Face Counseling, | Mortgage Delinquency and Default Resolution Counseling<br>Pre-Purchase Counseling<br>Pre-Purchase Homebuyer Education Workshops<br>Financial Management/Budget Counseling<br>Reverse Mortgage Counseling | English<br>Spanish |

# AGENCY INFORMATION | COUNSELING SERVICES | LANGUAGES

## COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE

| AGENCY INFORMATION | COUNSELING SERVICES | LANGUAGES |
|---|---|---|
| Address: 17 Market Sq, South Paris, Maine, 04281-1533<br>Phone: (207) 333-6419<br>Email: homequest@community-concepts.org<br>Website: https://www.ccimaine.org/<br>Agency ID: 81580<br>Counseling Method: Group Counseling, Internet Counseling,<br>Phone Counseling, Video Conference,<br>Face to Face Counseling, | Mortgage Delinquency and Default Resolution Counseling<br>Pre-Purchase Counseling<br>Pre-Purchase Homebuyer Education Workshops<br>Financial Management/Budget Counseling<br>Financial, Budgeting, and Credit Workshops<br>Fair Housing Pre-Purchase Education Workshops<br>Rental Housing Counseling<br>Resolving/Preventing Mortgage Delinquency Workshops | English |

## FOUR DIRECTIONS DEVELOPMENT CORPORATION

| AGENCY INFORMATION | COUNSELING SERVICES | LANGUAGES |
|---|---|---|
| Address: 20 Godfrey Dr, Orono, Maine, 04473-3610<br>Phone: (207) 866-6545<br>Email: rmaynard@fourdirectionsmaine.org<br>Website: http://www.fourdirectionsmaine.org<br>Agency ID: 83879<br>Counseling Method: Group Counseling, Internet Counseling,<br>Phone Counseling, Video Conference,<br>Face to Face Counseling, | Pre-Purchase Counseling<br>Pre-Purchase Homebuyer Education Workshops<br>Financial Management/Budget Counseling<br>Financial, Budgeting, and Credit Workshops<br>Non-Delinquency Post Purchase Workshops<br>Home Improvement and Rehabilitation Counseling | English |

## AGENCY INFORMATION | COUNSELING SERVICES | LANGUAGES

**KENNEBEC VALLEY COMMUNITY ACTION PROGRAM**

Address: 101 Water St, Waterville, Maine, 04901-6339

Phone: (207) 859-1500

Email: housing@kvcap.org

Website: http://www.kvcap.org

Agency ID: 81685

Counseling Method: Internet Counseling, Phone Counseling, Face to Face Counseling,

- Mortgage Delinquency and Default Resolution Counseling
- Pre-Purchase Counseling
- Pre-Purchase Homebuyer Education Workshops
- Financial Management/Budget Counseling
- Rental Housing Counseling
- Non-Delinquency Post Purchase Workshops
- Resolving/Preventing Mortgage Delinquency Workshops

English

**PENQUIS COMMUNITY ACTION PROGRAM**

Address: 262 Harlow St, Bangor, Maine, 04401-4952

Phone: (207) 973-3500

Email: info@penquis.org

Website: https://www.penquis.org/

Agency ID: 81649

Counseling Method: Group Counseling, Internet Counseling, Phone Counseling, Face to Face Counseling,

- Mortgage Delinquency and Default Resolution Counseling
- Pre-Purchase Counseling
- Pre-Purchase Homebuyer Education Workshops
- Financial, Budgeting, and Credit Workshops

English

1 - 6 of 6 | Page 1 of 1



**Korde & Associates, P.C.**
Attorneys at Law

707 Sable Oaks Dr., Suite 250
South Portland, Maine 04106
Tel: (207) 775-6223 • Fax: (207) 775-6995

**Serving the States of:**

- Connecticut
- Maine
- Massachusetts
- New Hampshire
- Rhode Island
- Vermont

January 22, 2025

Miao Dan Chen
8720 23rd Avenue, 1st Floor
Brooklyn, NY 11214

CERTIFIED MAIL, RETURN
RECEIPT REQUESTED AND
FIRST CLASS MAIL, POSTAGE
PRE-PAID

Notice of Right to Cure
14 M.R.S. §6111

Re:   $175,000.00 Promissory Note and Mortgage dated July 29, 2021
447 S Main Street, Solon, ME 04979
Our File No:

Dear Sir/Madam:

This office represents Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for Verus Securitization Trust 2022-2 ("Holder"), the current holder of the following loan documents: (i) Promissory Note dated July 29, 2021 between Money Tree Capital Markets LLC as lender and Miao Dan Chen as borrower in the original principal amount of $175,000.00 (the "Note"), and (ii) Mortgage securing repayment of the Note given by Miao Dan Chen to Money Tree Capital Markets LLC dated July 29, 2021 and recorded in the Somerset County Registry of Deeds in Book 5750, Page 63 (the "Mortgage"). The Note and Mortgage are serviced by NewRez LLC, d/b/a Shellpoint Mortgage Servicing ("Servicer") which is authorized to act and accept payments on behalf of the Holder. The Note and Mortgage are collectively referred to herein as the "Loan Documents."

Please be advised that you are in default of the terms of the Loan Documents. The reason for your default is the failure to make payments of principal and interest when due.

The following amounts are past due:

| | |
|---|---:|
| 2 Payments of $1,272.30<br>9/1/2024 - 10/1/2024 | $2,544.60 |
| 3 Payments of $1,542.55<br>11/1/2024 - 1/1/2025 | $4,627.65 |
| Late Charges | $48.73 |
| Inspection Fees | $90.00 |
| Escrow Advance | $97.04 |
| Attorney's Fees | $860.00 |
| Attorney's Costs | $99.00 |

Hours of Operation: 8:30am – 5:30pm, EST Monday thru Friday
www.LOGS.com/korde                                     Page 1 of 3
THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

|  |  |
|---|---|
| Title Costs | $402.35 |
| Filing Costs | $405.00 |
| Certified Mail Costs | $48.24 |
| TOTAL AMOUNT DUE TO CURE THE DEFAULT | $9,222.61 |

The total amount due to cure the default does not include any amounts that become due after the date of this notice.

You have the right to cure this default by making full payment of all amounts that are due as set forth above within 35 days from the date this notice is given. If payment is not made, all sums due under the Loan Documents may be declared accelerated and immediately payable in full without further demand, and the mortgage holder or another person or entity may acquire the subject property by means of foreclosure and sale. If you meet the conditions stated in the Mortgage, you will have the right to have the enforcement of the Mortgage discontinued and to have the Note and Mortgage remain fully effective as if immediate payment in full had never been required.

Said funds must be in the form of a **bank or certified check** made payable to **NewRez LLC, d/b/a Shellpoint Mortgage Servicing** and delivered to Korde & Associates, P.C., 707 Sable Oaks Dr., Suite 250, South Portland, ME 04106.

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Loan Documents and to assert the nonexistence of a default or any other defense to acceleration and foreclosure. Where Court supervised mediation is available, you may request mediation to explore options for avoiding foreclosure judgment. If the Loan Documents so provide, you may also have the right to reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the Loan Documents; 3) pay all of lender's reasonable expenses in enforcing the Loan Documents including, for example, reasonable attorney's fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the Loan Documents, and your obligations under the Loan Documents remain unchanged.

You may have options other than foreclosure. You may discuss available options with the Holder or Servicer or a counselor approved by the United States Department of Housing and Urban Development ("HUD"), and you are encouraged to explore available options prior to the end of your right-to-cure period. If you are in need of financial advice, you may contact a HUD approved housing counseling agency. These agencies provide experienced home ownership counseling at no charge to you. For more information regarding the agencies in your area, call 1-800-569-4287. We have also attached a list including the name, address, telephone number and other contact information for all counseling agencies approved by HUD to assist Maine consumers.

If you wish to modify the terms of the loan, you may discuss whether this option is available by contacting:

NewRez LLC, d/b/a Shellpoint Mortgage Servicing
601 Office Center Drive
Suite 100
Fort Washington, PA 19034
866-825-2174
lossmitigation@shellpointmtg.com

If you have been previously discharged from personal liability for the obligations secured by the mortgage as a result of a bankruptcy proceeding, this letter is given to you not for the purpose of demanding payment, but to advise you of the consequences of non-payment, specifically the foreclosure of the mortgage.

If you have any questions concerning the above, please contact us at the above address.

Sincerely,

**KORDE & ASSOCIATES, P.C.**



| AGENCY INFORMATION | COUNSELING SERVICES | LANGUAGES |
|---|---|---|
| **AVESTA HOUSING DEVELOPMENT CORPORATION** | | |
| Address: 307 Cumberland Avenue, PORTLAND, Maine, 04101-4920 <br> Phone: (207) 553-7777 Ext: 3347 <br> Email: info@avestahousing.org <br> Website: https://www.avestahousing.org/ <br> Agency ID: 81144 <br> Counseling Method: Group Counseling, Internet Counseling, Phone Counseling, Video Conference, Face to Face Counseling, | Mortgage Delinquency and Default Resolution Counseling <br> Pre-Purchase Counseling <br> Pre-Purchase Homebuyer Education Workshops <br> Financial Management/Budget Counseling <br> Rental Housing Counseling <br> Rental Housing Workshops <br> Non-Delinquency Post Purchase Workshops | English |
| **COASTAL ENTERPRISES, INCORPORATED** | | |
| Address: 30 Federal Street, BRUNSWICK, Maine, 04011-1510 <br> Phone: (207) 504-5900 <br> Email: jason.thomas@ceimaine.org <br> Website: http://www.ceimaine.org <br> Agency ID: 80985 <br> Counseling Method: Internet Counseling, Phone Counseling, Face to Face Counseling, | Mortgage Delinquency and Default Resolution Counseling <br> Pre-Purchase Counseling <br> Pre-Purchase Homebuyer Education Workshops <br> Financial Management/Budget Counseling <br> Reverse Mortgage Counseling | English <br> Spanish |

| AGENCY INFORMATION | COUNSELING SERVICES | LANGUAGES |
|---|---|---|
| **COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE** | | |
| Address: 17 Market Sq, South Paris, Maine, 04281-1533<br>Phone: (207) 333-6419<br>Email: homequest@community-concepts.org<br>Website: https://www.ccimaine.org/<br>Agency ID: 81580<br>Counseling Method: Group Counseling, Internet Counseling,<br>Phone Counseling, Video Conference,<br>Face to Face Counseling, | Mortgage Delinquency and Default Resolution Counseling<br>Pre-Purchase Counseling<br>Pre-Purchase Homebuyer Education Workshops<br>Financial Management/Budget Counseling<br>Financial, Budgeting, and Credit Workshops<br>Fair Housing Pre-Purchase Education Workshops<br>Rental Housing Counseling<br>Resolving/Preventing Mortgage Delinquency Workshops | English |
| **FOUR DIRECTIONS DEVELOPMENT CORPORATION** | | |
| Address: 20 Godfrey Dr, Orono, Maine, 04473-3610<br>Phone: (207) 866-6545<br>Email: rmaynard@fourdirectionsmaine.org<br>Website: http://www.fourdirectionsmaine.org<br>Agency ID: 83879<br>Counseling Method: Group Counseling, Internet Counseling,<br>Phone Counseling, Video Conference,<br>Face to Face Counseling, | Pre-Purchase Counseling<br>Pre-Purchase Homebuyer Education Workshops<br>Financial Management/Budget Counseling<br>Financial, Budgeting, and Credit Workshops<br>Non-Delinquency Post Purchase Workshops<br>Home Improvement and Rehabilitation Counseling | English |

| AGENCY INFORMATION | COUNSELING SERVICES | LANGUAGES |
|---|---|---|
| **KENNEBEC VALLEY COMMUNITY ACTION PROGRAM**<br>Address: 101 Water St, Waterville, Maine, 04901-6339<br>Phone: (207) 859-1500<br>Email: housing@kvcap.org<br>Website: http://www.kvcap.org<br>Agency ID: 81685<br>Counseling Method: Internet Counseling, Phone Counseling, Face to Face Counseling, | Mortgage Delinquency and Default Resolution Counseling<br>Pre-Purchase Counseling<br>Pre-Purchase Homebuyer Education Workshops<br>Financial Management/Budget Counseling<br>Rental Housing Counseling<br>Non-Delinquency Post Purchase Workshops<br>Resolving/Preventing Mortgage Delinquency Workshops | English |
| **PENQUIS COMMUNITY ACTION PROGRAM**<br>Address: 262 Harlow St, Bangor, Maine, 04401-4952<br>Phone: (207) 973-3500<br>Email: info@penquis.org<br>Website: https://www.penquis.org/<br>Agency ID: 81649<br>Counseling Method: Group Counseling, Internet Counseling, Phone Counseling, Face to Face Counseling, | Mortgage Delinquency and Default Resolution Counseling<br>Pre-Purchase Counseling<br>Pre-Purchase Homebuyer Education Workshops<br>Financial, Budgeting, and Credit Workshops | English |

1 - 6 of 6 | Page 1 of 1

**UNITED STATES POSTAL SERVICE**

**Certificate of Mailing - Firm**

| Name and Address of Sender | TOTAL NO. of Pieces Listed by Sender | TOTAL NO. of Pieces Received at Post Office™ | Affix Stamp Here — Postmark with Date of Receipt |
|---|---|---|---|
| iMailTracking, LLC<br>PO Box 23159<br>San Diego, CA 92193-3159 | 2 | 2 | US POSTAGE ™ PITNEY BOWES<br>ZIP 92123 $001.30⁰<br>02 7W<br>0008035634 JAN 22 2025<br>JAN 22 2025 |

Postmaster, per (name of receiving employee)

| USPS® Tracking Number / Firm-specific Identifier | Address (Name, Street, City, State, and ZIP Code™) | Postage | Fee | Special Handling | Parcel Airlift |
|---|---|---|---|---|---|
| 1. (11)9690024891519161<br>24-002051   Korde 0061226-01 | Miao Dan Chen<br>8720 23rd Avenue, 1s Brooklyn, NY 11214 | 0.970 | 0.650 | | |
| 2. (11)9690024891519215<br>24-002051   Korde 0061226-01 | Miao Dan Chen<br>447 S Main Street Solon, ME 04979 | 0.970 | 0.650 | | |

PS Form **3665**, January 2017 (Page 1 of 1) PSN 7530-17-000-5549



**Firm Mailing Book For Accountable Mail**

**Name and Address of Sender**
iMailTracking, LLC
PO Box 23159
San Diego, CA 92193-3159

**Check type of mail or service**
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery
☐ Certified Mail
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery (COD)
☐ Insured Mail
☐ Priority Mail
☐ Priority Mail Express
☐ Registered Mail
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

**Affix Stamp Here**
(for additional copies of this receipt).
Postmark with Date of Receipt.

SERRA MESA POST OFFICE  JAN 22 2025

| USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code™) | Postage | (Extra Service) Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | ASR Fee | ASRD Fee | RD Fee | RR Fee | SC Fee | SCRD Fee | SH Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. 71969002484091487302  24-002051  Korde 0061226-01 | Miao Dan Chen  8720 23rd Avenue, 1s Brooklyn, NY 11214 | 0.970 | 4.85 | | | | | | | | 4.10 | | | |
| 2. 71969002484091487340  24-002051  Korde 0061226-01 | Miao Dan Chen  447 S Main Street Solon, ME 04979 | 0.970 | 4.85 | | | | | | | | 4.10 | | | |

**Total Number of Pieces Listed by Sender**  2

**Total Number of Pieces Received at Post Office**  2

**Postmaster, Per** (Name of receiving employee)

PS Form **3877**, January 2017 (Page 1 of 1)
PSN 7530-02-000-9098

Complete in Ink

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacypolicy.

## Sarah Yarbrough

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Wednesday, January 22, 2025 10:46 AM |
| **To:** | Sarah Yarbrough |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----
Company providing the notice:Korde & Associates, P.C.
Owner of the mortgage:Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee for Verus Securitization Trust 2022-2 What term best describes the owner of the mortgage?:Private mortgage lender
Filer's Email Address:sayarbrough@kordeassociates.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:NewRez LLC, d/b/a Shellpoint Mortgage Servicing
601 Office Center Drive
Suite 100
Fort Washington, PA 19034
866-825-2174
lossmitigation@shellpointmtg.com


-----
Consumer Information
-----

Consumer First name:Miao
Consumer Middle Initial/Middle Name: Dan Consumer Last name:Chen Consumer Suffix:
Property Address line 1:447 S Main Street Property Address line 2:
Property Address line 3:
Property Address City/Town:Solon
Property Address State:
Property Address zip code:04979
Property Address County:Somerset

-----
Notification Details
-----

Date notice was mailed:1/22/2025
Amount needed to cure default:9222.61
Consumer Address line 1:8720 23rd Avenue, 1st Floor Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Brooklyn
Consumer Address State:NY
Consumer Address zip code:11214

1

# Sarah Yarbrough

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Wednesday, January 22, 2025 10:46 AM |
| **To:** | Sarah Yarbrough |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----
Company providing the notice:Korde & Associates, P.C.
Owner of the mortgage:Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee for Verus Securitization Trust 2022-2 What term best describes the owner of the mortgage?:Private mortgage lender
Filer's Email Address:sayarbrough@kordeassociates.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:NewRez LLC, d/b/a Shellpoint Mortgage Servicing
601 Office Center Drive
Suite 100
Fort Washington, PA 19034
866-825-2174
lossmitigation@shellpointmtg.com


-----
Consumer Information
-----

Consumer First name:Miao
Consumer Middle Initial/Middle Name: Dan Consumer Last name:Chen Consumer Suffix:
Property Address line 1:447 S Main Street Property Address line 2:
Property Address line 3:
Property Address City/Town:Solon
Property Address State:
Property Address zip code:04979
Property Address County:Somerset

-----
Notification Details
-----

Date notice was mailed:1/22/2025
Amount needed to cure default:9222.61
Consumer Address line 1:447 S Main Street Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Solon
Consumer Address State:ME
Consumer Address zip code:04979